UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA 17-cv-06429 VAP (GJSx) | Date | October 20, 2017 |
| Title | *Stephanie Trujillo v. Target Corporation* | | |

Present: The Honorable  VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that on the Court's own motion, the hearing on Plaintiff's Motion for Leave to Amend, and to Remand set for hearing on October 30, 2017, is hereby **TAKEN OFF CALENDAR**. This matter is appropriate for resolution without hearing pursuant to Local rule 7-15 and will stand submitted on the papers timely filed.

**IT IS SO ORDERED.**